IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENTORRE D. HALL**                                                                              **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 1:17-CV-42-JCG**

**UNITED STATES OF AMERICA, et al.**                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order, final judgment is hereby entered in favor of the Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is dismissed. Plaintiff's inadequate medical treatment, failure to protect, ADA, and RA claims against Defendants Pearl River County, Mississippi, and Sheriff David Allison are dismissed with prejudice. Plaintiff's state law claims and his claims against David Kilgore, David Unknown, and John Doe Nursing Staff are dismissed without prejudice.

**SO ORDERED,** this the 16th day of October, 2019.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE